Syris . Birkley # 2024017213
M.C.)
949 n 9th st
Milwaukee, WI
                53233



F- 0 2025

District Court
517 E. Wisconsin Ave.
Room 362, Milwaukee, WI
                53202